IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Paris Parson,<br><br>      Plaintiff,<br><br>v.<br><br>Wintrust Financial Corporation,<br><br>      Defendant. | Case No. 1:17-cv-01524<br><br>Honorable Thomas M. Durkin |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff Paris Parson ("Plaintiff") and Defendant Wintrust Financial Corporation ("Defendant"), by their respective counsel, jointly petition this Court for entry of an Order approving the parties' confidential settlement agreement of this action. In support hereof, the parties state as follows:

1. On February 27, 2017, Plaintiff filed this action (the "Lawsuit") against Defendant seeking to recover allegedly unpaid overtime wages for hours worked in excess of forty (40) hours in one or more individual workweeks under the FLSA and the Illinois Minimum Wage Law ("IMWL").

2. Defendant denies all of Plaintiff's allegations and any and all liability and damages of any kind to anyone with respect to the alleged facts or causes of action asserted in the Lawsuit.

3. After the Lawsuit was filed by Plaintiff, the parties, through their respective counsel, carefully and exhaustively engaged in settlement negotiations, culminating in an agreement to settle the Lawsuit confidentially, subject to the approval of the Court.

4. Settlements of FLSA claims must typically be approved by a Court of competent jurisdiction. *See, e.g., McConnell v. Applied Performance Techs., Inc.*, No. 03-03092, 03-3117, 98 Fed. Appx. 397, 399 (6th Cir. 2004); *Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986), *citing Lynn's Food Stores, Inc. v. Department of Labor*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

5. The settlement reached by the parties here represents a fair, just and reasonable resolution of the claims alleged by Plaintiff in the Lawsuit.

6. The settlement was negotiated at arm's length, by experienced counsel concerning bona fide disputes between their clients with respect to liability and the amounts allegedly due under the FLSA and the IMWL for overtime compensation, liquidated damages, penalties and attorneys' fees. The settlement figure agreed upon bears a reasonable and fair relationship to the amounts claimed by Plaintiff in this matter, and also takes into consideration the inevitable costs and risks of litigation and the defenses which would be raised by Defendant if this matter were to proceed.

7. To preserve the confidentiality of the parties' settlement agreement, the parties shall present their agreement for *in camera* review, along with a courtesy copy of this motion.

WHEREFORE, the parties respectfully request the Court grant their Joint Motion, enter an Order approving the parties' confidential settlement, and afford the parties all other appropriate relief.

Respectfully,

/s/ James M. Loren

Chelsea L. Caldwell
George Z. Goldberg
GOLDBERG & LOREN, P.A.
1700 Park Street, Suite 103
Naperville, IL 60563
(954) 585-4878

*Attorneys for Plaintiff*

Respectfully,

/s/ Joseph K. Mulherin

Aaron R. Gelb
Benjamin A. Hartsock
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601
(312) 609-7500

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I caused the foregoing JOINT MOTION FOR APPROVAL OF SETTLEMENT to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the case.

>  /s/ *Joseph K. Mulherin*
>  Joseph K. Mulherin